OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 SEP 23  PM 12: 46

WILLIAM W. BLEVINS
CLERK

Date: 09/23/2013

SEAN GROS

vs.

Warren Properties, Inc et als

Case No. 2:12-cv-2184 Section J

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) THE ANCHORAGE ASSOCIATION, INC.
   (address) 140 N. Escondido Blvd. Escondido, CA 92067

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

[Signature]
"Signature"

Attorney for Plaintiff
Address 555 Laurel St. Marksville, LA
71351

___Fee _____
___Process _____
X  Dktd _____
___CtRmDep _____
___Doc. No. _____